Zachary C. Frampton (SBN 303225)
Email: zframpton@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213.457.8000
Facsimile:  213.457.8080

Attorneys for Defendant
Synchrony Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GOMPF,<br><br>    Plaintiff,<br><br>    vs.<br><br>SYNCHRONY BANK; DOES 1-10 inclusive,<br><br>    Defendants. | Case No.: 2:16-CV-08741<br><br>[Removal from Superior Court of California, County of San Luis Obispo, Case No. 16LC-0715]<br><br>**DEFENDANT SYNCHRONY BANK'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441**<br><br>Action Filed: October 27, 2016 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA**:

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Synchrony Bank ("Synchrony") hereby files a Notice of Removal for the above-captioned action from the Superior Court of the State of California for the County of San Luis Obispo to United States District Court for the Central District of California.  In support of this Notice of Removal, Synchrony states as follows:

1. Synchrony is a named defendant in a lawsuit that was filed on October 27, 2016, in the Superior Court of California for the County of San Luis Obispo, styled *Judy Gompf v. Synchrony Bank, et. al.*, Case No. 16LC-0715 ("State Court Action").

2. On October 28, 2016, Plaintiff served Synchrony's registered agent with the Complaint and Summons in the State Court Action, a true and correct copy of which is attached hereto as **Exhibit A**.

3. On November 18, 2016, Synchrony electronically filed its Answer to Plaintiff's Complaint which was accepted by the Court on November 21, 2016, a true and correct copy of which is attached hereto as **Exhibit B**.

4. On November 21, 2016, Synchrony timely files this Notice of Removal within 30 days of being served with the Complaint and Summons.  *See* 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** and **Exhibit B** are true and correct copies of all substantive records and proceedings from the state court filed by or served upon Synchrony.

6. The claims of relief alleged in the State Court Action arise under a federal statute, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227, *et seq*.  This Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.  *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  740, 748 (2012) (holding that TCPA claims plainly arise under the laws of the United States).

2  7. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

3  8. This Court is the proper district court for removal because San Luis Obispo County Superior Court is located within the United States District Court for the Central District of California.

4  9. Synchrony, in accordance with 28 U.S.C. § 1446(d), will promptly serve a copy of this Notice on counsel for Plaintiff and will file a copy of the Notice with the Clerk of the Superior Court of Los Angeles County, California.

5  10. There are no other cases related to the instant action, and Synchrony has not attempted to remove this case previously.

6  11. By filing this Notice of Removal, Synchrony does not waive any defense to the Complaint, including but not limited to lack of service, improper service, or lack of personal jurisdiction.

**WHEREFORE**, Defendant Synchrony Bank notices the removal of the State Court Action to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

DATED:  November 21, 2016              Reed Smith LLP

By: */s/ Zachary C. Frampton*
Zachary C. Frampton
Attorneys for Defendant
Synchrony Bank

REED SMITH LLP
A limited liability partnership formed in the State of Delaware