JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Judy Gompf<br><br>            Plaintiff,<br><br>v.<br><br>Synchrony Bank, et al.<br><br>            Defendants. | Case No.  CV 16-08741-AB (RAOx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 15, 2017              _____
                                                        ANDRÉ BIROTTE JR.
                                                        UNITED STATES DISTRICT JUDGE

1.